# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carmine Russo, | NO. CV-13-01689-TUC-JR |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Bayview Loan Servicing LLC, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 24, 2015, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

August 24, 2015

By   s/ D Curiel
     Deputy Clerk